UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kenta Hawkins,

           Plaintiff,      Case No. 20-10990

v.                              Judith E. Levy
                               United States District Judge

Michigan Department of
Corrections,                 Mag. Judge R. Steven Whalen

          Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE [62], DENYING AS MOOT PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT [43], STRIKING PLAINTIFF'S PROPOSED AMENDED COMPLAINT [44], AND GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING AND EXHIBITS [55]**

On April 24, 2022, *pro se* Plaintiff Kenta Hawkins filed a motion for leave to file an amended complaint (ECF No. 43) and a proposed second amended complaint. (ECF No. 44.) On October 23, 2022, Plaintiff filed a motion to strike her motion for leave to file an amended complaint because new developments in her state-court case render her motion "moot and immaterial." (ECF No. 62, PageID.2096.) The Court construes Plaintiff's motion to strike as a motion to withdraw her prior motion

seeking permission to amend her complaint, and the Court grants this request. Accordingly, Plaintiff's motion to strike (ECF No. 62) is GRANTED, Plaintiff's motion for leave to file an amended complaint (ECF No. 43) is DENIED AS MOOT, and Plaintiff's proposed second amended complaint (ECF No. 44) is STRICKEN.

In addition, on August 2, 2022, Plaintiff filed a motion for leave to file supplemental briefing and exhibits opposing Defendant's motion for summary judgment together with a supplemental brief and exhibits. (ECF No. 55.) Upon review, the Court GRANTS this motion and will consider the brief and exhibits included with the motion.

IT IS SO ORDERED.

Dated: November 2, 2022      s/Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
                                          United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 2, 2022.

                                                 s/William Barkholz
                                                 WILLIAM BARKHOLZ
                                                 Case Manager