# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Kenta Hawkins,

           Plaintiff,      Case No. 20-10990

v.                                  Judith E. Levy
                                  United States District Judge

Michigan Department of
Corrections,                   Mag. Judge R. Steven Whalen

           Defendant.

_____/

## **JUDGMENT**

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed with prejudice.

                                        KINIKIA D. ESSIX
                                        CLERK OF THE COURT

                          By:   s/William Barkholz
                                  DEPUTY COURT CLERK

Date: January 24, 2023

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE